447 A.2d 640

Commonwealth v. Lenhart, Appellant.

Petition for Allowance of Appeal Denied Dec. 6, 1982.

Submitted May 22, 1981.

Randy Ross Lenhart, appellant, in propria persona; David J. Flower, Assistant District Attorney, for Commonwealth, appellee.

Before HESTER, POPOVICH and MONTGOMERY, JJ.

Judgment of sentence affirmed.

447 A.2d 641

Commonwealth v. Maines, Appellant.

Submitted April 14, 1980. Benjamin S. Blakley, III, for appellant; Laurance B. Seaman, Assistant District Attorney, for Commonwealth, appellee.

Before PRICE, BROSKY and MONTGOMERY, JJ.

The judgment of sentence of the Court of Common Pleas of Clearfield County is affirmed.